**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| KIMBERLY ERVIN-ANDREWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-03330-BLF<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

The only defendants remaining in this action are Experian Information Solutions, Inc. and Equifax, Inc. On April 10, 2017, the Court granted these defendants' motions to dismiss the first amended complaint with leave to amend. Order Granting CRA Defendants' Motions to Dismiss, ECF 65. Plaintiff has not filed an amended pleading and the deadline to do so has elapsed.

On April 13, 2017, Plaintiff filed a notice of settlement with Experian Information Solutions, Inc. Notice of Settlement, ECF 66. The notice stated that the parties expected to finalize a settlement within thirty days. More than thirty days has elapsed and Plaintiff has neither dismissed Experian Information Solutions, Inc. nor indicated that additional time is necessary to finalize the settlement.

Plaintiff is hereby ordered to show cause in writing and on or before June 16, 2017 why the Court should not dismiss this action as to both remaining defendants, Experian Information Solutions, Inc. and Equifax, Inc. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against these defendants and will issue an order of dismissal without further notice.

**IT IS SO ORDERED.**

Dated: May 26, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge